**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 223 WAL 2020

          Respondent          :

                            :   Petition for Allowance of Appeal

                            :   from the Order of the Superior Court

          v.                 :

DA'SHAWN ROSEMOND,         :

          Petitioner            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.